UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ROBERT SOFIA,

                           Plaintiff,

            v

LOCAL 1-2, UTILITY WORKERS UNION OF
AMERICA and CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No.
07-Civ-8298 (JGK)(JCF)

RULE 7.1 STATEMENT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,

Consolidated Edison Company of New York, Inc. ("Con Edison"), hereby submits the

following disclosure statement:

Con Edison is a regulated public utility, incorporated in the State of New York,

engaged in the generation, transmission, distribution and wholesale and retail sale of

electric power and the retail sale of steam and gas throughout the five boroughs of New

York City and in the County of Westchester.  Con Edison has outstanding shares and debt

securities held by the public and may issue additional securities to the public.  Con

Edison is a subsidiary of Consolidated Edison, Inc., which also has outstanding shares

held by the public and may issue additional securities to the public. Con Edison is also

affiliated with Orange & Rockland Utilities, Inc. ("O&R"), a subsidiary of Consolidated

Edison, Inc., which also has outstanding debt securities held by the public and may issue

additional securities to the public.  O&R has two subsidiaries, Pike County Light and

Power and Rockland Electric Company, which may issue debt securities to the public.

No other publicly held companies have a 10% or greater ownership interest in Con

Edison.


Dated: New York, New York
       November 21, 2007

Respectfully submitted,

MARY SCHUETTE
Attorney for Defendant-Appellee
Consolidated Edison Company
 of New York, Inc.
4 Irving Place, 1815-S
New York, New York 10003
(212) 460-2496

**OF COUNSEL:**
Richard A. Levin
(212) 460-4089
levinr@coned.com
Jean Marie Schieler
(212) 460-2629
schielerj@coned.com