USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFIA,

                Plaintiff,

- against -

LOCAL 1-2 ET AL.,

                Defendants.

---

07 Civ. 8298 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Local 1-2 may file a motion to disqualify by **March 14, 2008**. The plaintiff should respond by **March 24, 2008**. Local 2-1 should reply by **March 28, 2008**. Another conference is scheduled for **April 11, 2008** at **4:00 p.m.**

SO ORDERED.

Dated: New York, New York
       March 3, 2008

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

1