UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBERT SOFIA,                                   07 CV 8298 (JGK) (JCF)

                Plaintiff,                NOTICE OF CHANGE OF
                                     **ATTORNEY INFORMATION**

     -against-

LOCAL 1-2, UTILITY WORKERS UNION
OF AMERICA and CONSOLIDATED
EDISON COMPANY OF NEW YORK, INC.,

                Defendants.

------------------------------------------------------------x

        PLEASE TAKE NOTICE that the attorney of record for Plaintiff has been changed to:

                        Daniel R. Bright
                        Schwartz, Lichten & Bright, P.C.
                        275 Seventh Avenue, 17th Floor
                        New York, New York 10001
                        (212) 228-6320
                        (212) 358-1353

        Electronic notices to Plaintiff's counsel should be sent to the following e-mail addresses:

                        dbright@slblaborlawyers.com

                        danbright@earthlink.net

Dated: April 25, 2008

                        SCHWARTZ, LICHTEN & BRIGHT, P.C.
                        Attorneys for Plaintiff Robert Sofia

                  By: _____
                        Daniel R. Bright (DB 9373)
                        275 Seventh Avenue, 17th Floor
                        New York, New York 10001
                        (212) 228-6320

TO:  Richard C. Dorn, Esq.
     Levy Ratner, P.C.
     80 Eighth Avenue
     New York, NY  10011
     Attorneys for Defendant Local 1-2

     Richard A. Levin, Esq.
     Consolidated Edison Company
      of New York, Inc.
     4 Irving Place, Room 1815-S
     New York, NY  10003
     Attorney for Defendant Con Ed