**conEdison**
a conEdison, inc. company

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

**APPLICATION GRANTED**
**SO ORDERED**

/s/ J. Koeltl
6/26/08
John G. Koeltl, U.S.D.J.

Richard Levin
Associate Counsel
Law Department

June 23, 2008

Hon. John G. Koeltl
U.S. District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

JUN 26 2008

Re: <u>Sofia v. Local 1-2, etc., et al.</u>
SDNY Civil Action No. 07-Civ-8298 (JGK)(JCF)

Dear Judge Koeltl:

We submit this letter on behalf of all of the parties in this matter, requesting that the Court extend by two months the dates set forth in the Court's April 11, 2008, scheduling order for the close of discovery, dispositive motions and for trial (if necessary). This extension is necessary to permit the parties to explore resolution through mediation without having to also expend resources on discovery and motions.

The Court recognized that this matter is appropriate for resolution through the Southern District's mediation process. However, we have been advised by Ms. Sclafani in the Court's Mediation Office that she has experienced difficulty in finding a mediator, and the mediation which was originally scheduled for June 23, has been placed in abeyance while she continues to try to locate a mediator who would agree to hear this matter. She also indicated that such a search is more difficult during the Summer.

The parties believe that mediation is an appropriate method to try to resolve this matter without the need for further resort to the judicial process, and we believe that, at this stage, the chances of a successful mediation are significantly greater if the parties' resources did not also have to be focused on the discovery process.

Therefore, we jointly request that the schedule for this matter be changed as follows:

Hon. John G. Koeltl
June 23, 2008
Page 2

|  | FROM | TO |
|---|---|---|
| Close of discovery | September 26 | November 26 |
| Dispositive motions | October 24 | December 22 |
| Joint pre-trial order | December 5 | February 5, 2009 |
| Trial on 48 hour notice | December 19 | February 19, 2009 |

This is the first request for an extension of these dates. The parties appreciate the Court's consideration.

Sincerely,

Richard A. Levin

cc: Daniel Bright, Esq.
    Richard Dorn, Esq.